UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES L. GILES,

        Plaintiff,

                              Case No. 1:09-cv-1707

v.

COLLECTCORP CORPORATION,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Collectcorp Corporation, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                          Respectfully submitted,

                                          /s/ Howard Lessinger
                                          Howard Lessinger, Esq.
                                          MCLAIN & MERRITT P.C.
                                          3445 Peachtree Road, N.E., Suite 500
                                          Atlanta, GA 30326
                                          Telephone:  (404) 365-4514
                                          Facsimile:   (404) 364-3138
                                          hlessinger@mclain-merritt.com

                                          Attorney for Defendant,
                                          Collectcorp Corporation

## CERTIFICATE OF SERVICE

I certify that on this 20th day of July 2009, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

James M. Feagle, Esq.<br>
Kris K. Skaar, Esq.<br>
Skaar & Feagle, LLP<br>
108 East Ponce de Leon Avenue, Suite 204<br>
Decatur, GA 30030

/s/ Howard Lessinger
Attorney

N:\Collectcorp Corporation (9241)\Giles, James L. (9241-09-24796)\Pleadings\Notice of Pending Settlement.doc